Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-207MJP |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| RANDY HODGSON, | |
| Defendant. | |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 27th day of March, 2009.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented by:

s/ Brian Werner
BRIAN WERNER
Assistant United States Attorney

Order to Seal/Hodgson — 1
CR08-207MJP