Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR08-207-MJP |
| Plaintiff, | ORDER TO SEAL |
| vs. | |
| RANDY HODGSON, | |
| Defendant. | |

Having read the Sentencing Memorandum of Defendant & Motion for Downward Departure/Variance in the above-referenced case, which was filed under seal, this Court concludes that this pleading and all related pleadings shall be allowed to remain under seal.

It is hereby ORDERED that the Sentencing Memorandum of Defendant & Motion for Downward Departure/Variance shall remain under seal.

DATED this 27th day of March, 2009,

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

Presented by:
s/ Scott J. Engelhard
Scott J. Engelhard
Attorney for Randy Hodgson

Order to Seal - 1